

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00119-CR

| | | |
|---|---|---|
| Waleed H. Hawidi | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1271962D) |
| v. | § | May 12, 2016 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
      Justice Sue Walker

# OPINION INFORMATION TO PUBLISHERS

## FROM

## COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH


CASE DOCKET NUMBER:               02-16-00119-CR

NAME OF CASE:                     WALEED H. HAWIDI

                                  V.

                                  THE STATE OF TEXAS

DATE OPINION FILED:               May 12, 2016

DATE REHEARING FILED:

—————        —————

TRIAL COURT:                      CRIMINAL DISTRICT COURT NO. 3

TRIAL COURT JUDGE:                HON. ROBB CATALANO

COUNTY:                           TARRANT

—————        —————

ATTORNEY FOR APPELLANT:           Attorney Name
                                  Law Firm
                                  City, TX

ATTORNEY FOR STATE:               Attorney Name
                                  Law Firm
                                  City, TX